IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 6:23-mj-00015-HBK |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| ANDREW GONZALES CORRALES, | ) |
| Defendant. | ) |

The above named defendant having been sentenced on July 31, 2023 to 3 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released July 31, 2023.  A certified Judgment and Commitment order to follow.

Date: July 31, 2023

_____
U.S Magistrate Judge

Order of Release - 1